

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00238-CV

William A. Kutner and Tara G. Kutner

v.

Wells Fargo Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Pulaski Mortgage Company

§  From the 67th District Court

§  of Tarrant County (67-267844-13)

§  June 4, 2015

§  Opinion by Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment.  It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants William A. Kutner and Tara G. Kutner shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
        Justice Bonnie Sudderth